**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-1158**

CECELIA D. WALTON,

Plaintiff - Appellant,

v.

NC OFFICE OF STATE HUMAN RESOURCES; NC DEPT. HEALTH HUMAN
SERVICES DISABILITY DETERMINATION SERVICES; CHELCE VILLINES,
US Secret Service Agent; SHANNON GOODSON, Manager - Federal SSA,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at
Raleigh.  W. Earl Britt, Senior District Judge.  (5:20-cv-00181-BR)

Submitted:  June 29, 2021                                      Decided:  July 1, 2021

Before HARRIS, RICHARDSON, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Cecelia D. Walton, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cecelia D. Walton appeals the district court's orders dismissing her complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Walton v. N.C. Off. of State Hum. Res.*, No. 5:20-cv-00181-BR (E.D.N.C. Dec. 2, 2020 & Jan. 14, 2021). We deny Walton's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
